237 So.2d 396

**Orlando B. CARTER et al.**

**v.**

**Ellen Bryan MOORE, Register of State Land Office, and Jimmie H. Davis, Governor of the State of Louisiana.**

**No. 50684.**

June 29, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the

record in duplicate of the case; and that counsel for plaintiff and defendant be notified.